This is to advise that on May 4, 2007

Judge Evan J. Wallach

Issued CONFIDENTIAL Slip Opinion 07-65
In actions

Ct. Numbers  02-00112, 02-00113 & 02-00114

USEC INC. and UNITED STATES ENRICHMENT CORP.
(Plaintiff,)

v.

UNITED STATES
(Defendant)